Jos W.Foster and Al.
             Appellants.

    vs                                 No.8752

Sylvester Peet and Al.

        Charles F.Claiborne.Judge.

January 9th 1923.

Court of Appeal
Parish of Orleans
FILED 1/9/23
T.J.Stansbury

8752

Jos W.Foster and Al,Appellants.

vs                          No.8752

Sylvester Peet and Al.

Charles F.Claiborne,Judge.

This is a suit to annull the pretended amendments to
a constitution.The petition is in the name of eight members of
an association of the Orleans Freight Handler's Union,Local
No.489 .They allege that the association had been operating
under a constitution adopted in 1905 and amended in 1918.
That the defendants pretend that the assҩociation adopted
certain amendments to said constitution on February 26th 1921,
and that,they propose to hold an election under said pretended
amended constitution;they allege that said amendments were
never legally adopted,and that an election under them would
be null and void.They prey that the defendants,who are the
President and Vice-President,and Treasurer and Secretary be
enjoined from holding said election or from imposing the so
called amended Constitution and By -Laws upon the members of
the association.

We find it necessary to pass only on one point.
Section / of article 3 of the constitution of 1918 provides:

" Regular meetings of the association shall be on
the second and fourth Saturday nights of each month,The hours
of meetings shall be : from April to September inclusive,
8 O'clock P.M. to 11.30 P.M.,and from October to March inclu-
sive 8 .O'clock P.M. to 11 P.M. ."

Section 1 of article 2 of the By-Laws of 1918 read as
follows:

" At all meetings the President shall take the chair
at the appointed hour,and a quorum being present the associa-
tion shall proceed to business,and he shall close the meeting
precisely at .11 O'clock,as no business done after this hour
will be legal."

An extract from the minutes of the association of

67

February 26th reads as follows :

"Repor/t of special committee,appointed to revise the constitution and By-laws,the secretary of the special committee, A.W.Kelly, read the revision of the constitution and by-laws, from the preamble,article by article and section by section. The committee &n the revision is as follows; On motion of Brother Albert Mason,seconded by Brother A.Williams,the revision of the constitution just read be received and promulgated immediately,carried and adopted.Just above this minute which I have read,the minute book shows the following entry:the meeting ajoined at 11 O'oclock,and recomded *reconvened* to finish reading the revision of the constitution and by-laws"

It is evident that the constitution of 1921,and the amendments of the constitution of 1918 were adopted,in whole or in part,after 11 O ' clock.and that,in the language of the Constitution of 1918,the hours of business were from 8 to 11 P.M. ,and in the language of the By-laws,no business done after that hour would be legal.It follows that the amended Constitution adopted February 26th 1921 was not legally adopted and cannot be the basis for an election of officers or for any action of the association.

It is therefore ordered that the judgment herein be reversed and annulled,and that the defendants herein Sylvester Peet,Thomas Adams,George W.Ray,and Albert Simpson,be enjoined from holding an election for officers under the amended Constitution and By-laws of the Orleans Freight Handler's Union Local No.489 purporting to have been adopted on February 21st 1921 and from putting the same into execution ; reserving to said Sylvester Peet and others the right to vote upon said proposed amended Constitution and By-laws in accordance with the Constitution and By-laws of 1918 after such notice,and at a general or special meeting and within such hours as therein provided .

The costs of this suit to be paid by the defendants.

*Judgment reversed*